Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**FILED**

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▼

_____ Division

MICHAEL BOWEN

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CITY OF OAKLAND CALIFORNIA
BARBARA LEE, Mayor
JESTIN D. JOHNSON, City Administrator
G. HAROLD DUFFEY, Assistant City Acministrator
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 25-4481

*(to be filled in by the Clerk's Office)*

WHO

MAY 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL BOWEN |
| Street Address | CARE OF:  P.O. BOX 614 |
| City and County | OAKLAND, ALAMEDA |
| State and Zip Code | CALIFORNIA 94604 |
| Telephone Number | MESSAGE:  (510) 325-3142 |
| E-mail Address | NONE |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | CITY OF OAKLAND |
| Job or Title *(if known)* | MUNICIPLE CORPORATION |
| Street Address | 1 FRANK O'GAWA PLAZA |
| City and County | OAKLAND, ALAMEDA |
| State and Zip Code | CALIFORNIA 94612 |
| Telephone Number | 510-238-3226 (City Clerk) |
| E-mail Address *(if known)* | cityclerk@oaklandca.gov |

Defendant No. 2

| | |
|---|---|
| Name | BARBARA LEE |
| Job or Title *(if known)* | MAYOR |
| Street Address | 1 FRANK O'GAWA PLAZA |
| City and County | OAKLAND, ALAMEDA |
| State and Zip Code | CALIFORNIA 94612 |
| Telephone Number | (510) 208-3400 |
| E-mail Address *(if known)* | officeofthemayor@Oaklandca.gov |

Defendant No. 3

| | |
|---|---|
| Name | JESTIN D. JOHNSON |
| Job or Title *(if known)* | CITY ADMINISTRATOR |
| Street Address | 1 FRANK O'GAWA PLAZA |
| City and County | OAKLAND, ALAMEDA |
| State and Zip Code | CALIFORNIA 94612 |
| Telephone Number | (510) 238-2201 / (510) 238-3302 |
| E-mail Address *(if known)* | cityadministratorsoffice@oaklandca.gov |

Defendant No. 4

| | |
|---|---|
| Name | G. HAROLD DUFFEY |
| Job or Title *(if known)* | ASSISTANT ADMINISTRATOR |
| Street Address | 1 FRANK O'GAWA PLAZA |
| City and County | OAKLAND, ALAMEDA |
| State and Zip Code | CALIFORNIA 94612 |
| Telephone Number | (510) 238-3301 / (510) 238-3302 |
| E-mail Address *(if known)* | hfuffey@oaklandca.gov |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution 4th; and 14th Amendment procedural, subtantrive due procees, and equal protection rights. California Civil Code section 1006.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        b.      If the defendant is a corporation

              The defendant, *(name)* _____, is incorporated under

              the laws of the State of *(name)* _____, and has its

              principal place of business in the State of *(name)* _____ .

              Or is incorporated under the laws of *(foreign nation)* _____ ,

              and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        DAMAGES OF MORE THAN $75,000 WILL NOT ACCRUE UNLESS AND UNTIL I AM FORCEFULLY VACATED FROM MY HOME AND PROPERTY AND BECOME HOMELESS. I AM SEEKING TO PREVENT THIS IRREPARABLE INJURY.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.      Where did the events giving rise to your claim(s) occur?

        I am filing this Complaint and TRO to prevent my forced removal, by the defendants, from my home and property, 2199 E, 12th St., on the corner of 22nd Ave and E. 12th St. in Okaland, California.

    B.      What date and approximate time did the events giving rise to your claim(s) occur?

        Notices of the City's Order to Vacate my home and real property were posted on May 22, 2025. My forced removal is scheduled to occurr on "06/03/2025 - 06/04/2025" at 9 am.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

About 8 years ago, due to my being homeless, I set up a shelter on a vacnt lot on the corner of E. 12 St. and 22nd Ave. in the City of Oakland. The City does not own the lot I occupy. There is no parcel number and no owner is listed by the County Assessors Office. When I found this out, I claimed the poperty for myself under Cal.Civ.Code section 1006.and I obtained an address for it. My property is fenced and has a gate. I have lived continuously on my property for about 8 years. About 6 to 8 weeks ago friends of mine who had recently been victims of homeless encampment sweeps by the defendants came to live with me on my property with my permission.  On May 22, 2025, persons stating they were from " Operation Dignity" posted Notices of the Order to Vacate inside my property. They did not ask for permission to enter my property. They offered me a lunch but said nothing to me. They did speak to several of my friends who said they were told  no housing was available.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

If I am ejected from  my properety I will lose my home and real property and become homeless  without a prior hearing. A violation of my contitutional rights ia an irreparable injury.  If I am forced to vacate my home and property, I will also lose my source of income from recycling which requires me to have a place to store my recyclables. If I and my friends are forced to move off my property we will permanently lose our sheters and all our personal possesions we cannot carry bercause any property we are forced to leave will be destroyed, and we will have no shelter nor secure and stable place to live. This result would be cruel punishment and irrepaable suffering without just cause, and will endanger our lives and health and safety.  A damages remedy is not adequate because I and my friends will be unsheltered and suffering too long before any compensation would be granted, I and my friends will be homeless and lacking the capacity to pursue a damages remedy,

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The releif I ask from the Court is a declaration from the Court stating that the forced removal of me from my property is unlawfil, and an order from the Court preventing the City from removing me and my friends from my property, and from seizing and destroying our personal property and shelters.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-27-25

Signature of Plaintiff    *Michael Bowen*

Printed Name of Plaintiff    MICHAEL BOWEN

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____